UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | CR NO. 07 134T |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**ENTRY OF APPEARANCE**

I, Gerald J. Petros, hereby enter my appearance on behalf of Southern Union Company.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

**CERTIFICATION**

I hereby certify that on October 16, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may accesses this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros

835580v1