UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR No. 07-134-T |
| | : | |
| | : | In violation of 42 U.S.C. |
| v. | : | § 6928(d)(2)(A); 42 U.S.C. |
| | : | §11045(b)(4); and 18 U.S.C. §2 |
| | : | |
| SOUTHERN UNION COMPANY | : | |

# NOTICE OF APPEARANCE

John A. Tarantino of Adler Pollock & Sheehan P.C. hereby enters his appearance on behalf of Southern Union Company in the above-entitled matter.

/s/ John A. Tarantino

JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: October 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2007, I served a true copy of the within Notice of Appearance *via electronic means (ECF) and first class mail, postage prepaid*, on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*432292_1.doc*