# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

SOUTHERN UNION COMPANY

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-134T

RECEIVED
U.S. MARSHALS SERVICE
OCT 16 2007
District of Rhode Island

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>OCTOBER 26, 2007 AT 10:00 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 42 Section(s) 6928(d)(2)(A) & 11045(b)(4)

Brief description of offense:

STORING A HAZARDOUS WASTE WITHOUT A PERMIT; FAILING TO NOTIFY EMERGENCY RESPONSE OFFICIAL OF A RELEASE OF HARARDOUS MARTERIALS

Signature of Issuing Officer

October 16, 2007
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 10|19|07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: HINKLEY & ALLEN 1500 FLEET CENTER #15 FLOOR PROV. RI 02903

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10|19|07
Date

BURTON STALLWOOD
Name of United States Marshal

C.A. Moore CI-DUSM
(by) Deputy United States Marshal

Remarks:

[signature] 10/19/07

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2007 OCT 25 P 12:33
FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.