# SECRETARY'S CERTIFICATE

The undersigned certifies that he is the duly elected and presently serving Secretary of Southern Union Company, a Delaware corporation (the "Company"), and that, as such, he is authorized to execute this Certificate on behalf of the Company, and further certifies that:

Set forth below is a true and correct copy of a certain Resolution duly adopted by the Board of Directors of the Company by Unanimous Written Consent as of October 22, 2007, and that said Resolution has not been rescinded, amended or modified and is in full force and effect on the date hereof:

"WHEREAS, on October 16, 2007, an indictment was filed with the United States District Court for the District of Rhode Island encaptioned United States of America v. Southern Union Company, CR No. 07-134-T (the "Indictment"); and

WHEREAS, the Indictment alleges violation of certain federal laws, to wit 42 U.S.C. § 6928(d)(2)(A), 42 U.S.C. § 11045(b)(4), and 18 U.S.C. § 2; and

WHEREAS, Southern Union Company (the "Company") denies any and all allegations of wrongdoing and denies that it engaged in any criminal conduct; and

WHEREAS, the Company intends to take all reasonable and necessary steps to vigorously defend itself against the charges;

NOW, THEREFORE, IT IS HEREBY RESOLVED:

That the Company directs and authorizes its legal counsel, Adler Pollock & Sheehan P.C. or Hinckley Allen Snyder LLP, to enter a plea of not guilty to the Indictment on behalf of the Company, and to take all reasonable and necessary steps consistent therewith to defend the Company against the charges brought in the Indictment."

Executed as of the 24th day October, 2007.

Robert M. Kerrigan, III, Secretary

*432591_1.doc*