UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR No. 07-134-T |
| | : | |
| | : | In violation of 42 U.S.C. |
| v. | : | § 6928(d)(2)(A); 42 U.S.C. |
| | : | §11045(b)(4); and 18 U.S.C. §2 |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**<u>DEFENDANT, SOUTHERN UNION COMPANY'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MOTION SEEKING BILL OF PARTICULARS</u>**

The Defendant, Southern Union Company ("Southern Union"), hereby moves to enlarge the time under Fed.R.Crim.P. 7(f) within which Southern Union may move for an order to require the Government to file a bill of particulars. For grounds of its motion, Southern Union relies upon its Memorandum of Law, which is filed herewith. Counsel for Southern Union has been informed by counsel for the Government that the Government does not object to Southern Union's request for up to and including December 10, 2007, to move for a bill of particulars.

**<u>Statement Pursuant To Local Rule 12(f)</u>**

The filing and disposition of this motion constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: November 13, 2007

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR No. 07-134-T |
| | : | |
| | : | In violation of 42 U.S.C. |
| v. | : | § 6928(d)(2)(A); 42 U.S.C. |
| | : | §11045(b)(4); and 18 U.S.C. §2 |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT, SOUTHERN UNION COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MOTION SEEKING BILL OF PARTICULARS**

Southern Union Company ("Southern Union") was indicted on October 16, 2007. The indictment alleges violations of 42 U.S.C. § 6928(d)(2)(A), 42 U.S.C. §11045(b)(4), and 18 U.S.C. §2. Southern Union was arraigned on October 29, 2007.

Fed.R.Crim.P. Rule 7(f) states, in pertinent part, that:

> The court may direct the government to file a bill of particulars. The defendant may move for a bill of particulars before or within 10 days after arraignment or at a later time if the court permits.

On November 2, 2007, Southern Union requested Fed.R.Crim.P. Rule 16 discovery from the Government. Southern Union has not yet received discovery from the Government, but expects to receive certain discovery this week. Consequently, Southern Union is not at this time in a position to determine whether it will need to move for a bill of particulars and, therefore, requests additional time to make that determination.

For the reasons stated, Southern Union requests that the Court enlarge the time under Rule 7(f) for Southern Union to move for a bill of particulars up to and including December 10, 2007.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: November 13, 2007

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2007, I served a true copy of the within Motion to Enlarge Time to File Bill of Particulars and supporting Memorandum of Law *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*434964_1.doc*