AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF RI

## EXHIBIT AND WITNESS LIST

V.

Southern Union Co.

CASE NUMBER: CR 07-134T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond | Donnelly / Chabot | Petros, Tarantino, Rocha |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-11-08 | tape | J. Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 1-11-08 | ✓ | | 1986 letter - unsigned - from epa website |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.