UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 07-134-T
:
SOUTHERN UNION COMPANY :

**DEFENDANT SOUTHERN UNION COMPANY'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE UNREDACTED DOCUMENTS**

Defendant, Southern Union Company ("Southern Union"), moves the Court for an Order compelling the Government to produce unredacted copies of discovery documents the Government has produced from the files of Department of Environmental Management and the Pawtucket Police Department, respectively. The grounds of Southern Union's motion are contained in the supporting memorandum filed herewith.

**Certification Pursuant to Local Rule 12(c)**

Pursuant to Local Rule 12(c), defense counsel have notified counsel for the Government of Southern Union's request contained herein, and the Government has not complied with Southern Union's request.

**Statement Pursuant To Local Rule 12(d)**

The filing and disposition of this motion constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the

disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

**Request for Oral Hearing Under Local Rule 12(e)**

Southern Union requests an oral hearing on this motion under Local Rule 12(e) on the ground that this motion raises issues that can best be clarified in such a hearing. Defendant anticipates that such a hearing would last no more than fifteen (15) minutes.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: February 26, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-134-T |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT SOUTHERN UNION COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL THE GOVERNMENT TO PRODUCE UNREDACTED DOCUMENTS**

On January 17, 2008, the Government produced, in a supplemental discovery response, documents Bates stamped DOJ-SUC022625 through 022753. Southern Union has now reviewed the documents contained in the Government's supplemental discovery response. The documents are materials from the files of the Department of Environmental Management, as well as the Pawtucket Police Department, pertaining, *inter alia*, to matters concerning the alleged storage of mercury at the Tidewater facility, the vandalism and break-in at that facility by three individuals who were subsequently charged with criminal offenses, and responses by Southern Union, DEM, the Police and others to the investigation and clean-up of the mercury.

In its supplemental discovery response, the Government redacted in full (*i.e.*, completely black-out in their entirety) Bates stamped pages DOJ-SUC22626-22631, 22633-22634, 22638, 22654, 22659-22660, 226662-22666, 22674-22677, 22690, 22698-22702. A copy of the blacked-out pages is attached as **Exhibit 1**. The Government also redacted certain information from other documents which, in context, appear to be identifier-type information such as addresses and telephone numbers of potential witnesses. Although Southern Union agrees that the Government should not file with the Court via the ECF system information which contains personal identifiers (thereby making such information available to the public), the Government's

discovery responses to Southern Union are not available to the public. Southern Union should be given the full unredacted information concerning the potential witnesses, including addresses and other contact information, such as telephone numbers, in order for Southern Union to contact these persons, if necessary and appropriate, so that Southern Union can conduct its own investigation and prepare for trial.

By letter dated February 12, 2008, Southern Union has requested the bases for the complete redactions, as well as what appear to be the identifier-type redactions, but, to date, the Government has not responded to Southern Union's request.

## CONCLUSION

The Government has redacted a substantial portion of the documents that it produced in discovery from the files of the Department of Environmental Management and the Pawtucket Police Department, and the Government has done so without explanation, basis or privilege log. Southern Union needs to complete its investigation and prepare this case for trial. Southern Union requests that this Court order the Government to provide Southern Union with the complete and unredacted files of the Department of Environmental Management and the Pawtucket Police Department in the Government's possession.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: February 26, 2008

and

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2008, I served a true copy of the within pleading *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*444901_1.doc*