# EXHIBIT 1

[redacted]

Redacted

Redacted

Redacted

[redacted]

Redacted

Redacted

[redacted]

Redacted

[redacted]

Redacted

Redacted

Redacted

[redacted]

Redacted

Redacted

Redacted

Redacted

*Redacted*

Redacted

[redacted]

*Redacted*

*Redacted*

*Redacted*

*Redacted*

Redacted

[redacted]

Redacted

[redacted]

Redacted

Redacted

Redacted

[redacted]

Redacted

Redacted

Redacted