UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 07-134-T
:
SOUTHERN UNION COMPANY :

**MOTION OF DEFENDANT SOUTHERN UNION COMPANY TO COMPEL THE GOVERNMENT TO DISCLOSE THE IDENTITY OF PERSONS WHOM THE GOVERNMENT ALLEGES ARE OR WERE SOUTHERN UNION COMPANY'S AGENTS**

In accordance with Fed.R.Crim.P. 16(a)(1)(C) and LR Cr 16, Defendant, Southern Union Company ("Southern Union"), moves this Court for an Order compelling the Government to disclose the identity of persons whom the Government alleges are or were Southern Union's agents and to compel the Government to produce any statements (including Investigative Activity Reports [IARs] and grand jury testimony) of all such alleged agents.

The grounds of Southern Union's motion are set forth in its accompanying Memorandum of Law.

**Certification Pursuant to Local Rule 12(c)**

Pursuant to Local Rule 12(c), defense counsel have notified counsel for the Government of Southern Union's request contained herein, the Government has not complied with Southern Union's request.

**Statement Pursuant To Local Rule 12(d)**

The filing and disposition of this motion constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the

disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

**Request for Oral Hearing Under Local Rule 12(e)**

Southern Union requests an oral hearing on this motion under Local Rule 12(e) on the ground that this motion raises issues that can best be clarified in such a hearing. Defendant anticipates that such a hearing would last no more than twenty (20) minutes.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: February 26, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-134-T |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**SOUTHERN UNION COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL THE GOVERNMENT TO DISCLOSE THE IDENTITY OF PERSONS WHOM THE GOVERNMENT ALLEGES ARE OR WERE SOUTHERN UNION COMPANY'S AGENTS**

In discovery, the Government produced Investigative Activity Reports (IARs) and grand jury testimony of 27 witnesses (who are past or present Southern Union Company employees). The Government alleges these IARs and grand jury testimony are "statements of the Defendant" in accordance with Rule 16. At the pre-trial conference held before Magistrate Judge Almond on January 2, 2008 and again at a hearing on Southern Union Company's ("Southern Union") Motion to Enlarge Dates in Pre-trial Order held before this Court on January 17, 2008, Southern Union asked the Government to identify and produce any statements of persons whom the Government alleges are or were Southern Union's "agents" in accordance with Fed.R.Crim.P. 16(a)(1)(C). Southern Union also asked the Government whether it would attempt to argue at trial that such statements are admissions of Southern Union under Fed.R.Evid. 801(d)(2)(C) or (D). Southern Union again requested, by letter dated February 12, 2008, that the Government provide Southern Union with this information so that Southern Union can make a determination whether it will agree with the Government or will challenge the Government's positions through pre-trial motions in limine or otherwise.

Although the Government has previously indicated that it would provide this information to Southern Union, the Government has not done so. Discovery closes on March 17, 2008. This information is required to be disclosed and produced to Southern Union in accordance with Rule 16(a)(1)(C). Southern Union needs this information to prepare for trial as, among other things, Southern Union needs to interview witnesses (whom the Government may claim are "agents" of Southern Union). Southern Union also needs the information so that it can file appropriate pre-trial motions with respect to any or all of those persons whom the Government alleges are or were Southern Union "agents."

It is clear that if the Government alleges that any such statements are the "statements" of Southern Union, then Southern Union is entitled to obtain that information pursuant to Rule 16(a)(1)(C), which provides as follows:

> (C) Organizational defendant. Upon a defendant's request, if the defendant is an organization, the government must disclose to the defendant any statement described in Rule 16(a)(1)(A) and (B) if the government contends that the person making the statement:
>
> > (i) was legally able to bind to the defendant regarding the subject of the statement because of that person's position as the defendant's director, officer, employee or *agent*; or
> >
> > (ii) was personally involved in the alleged conduct constituting the offense and was legally able to bind the defendant regarding that conduct because of that person's position as the defendant's direct, officer, employee or *agent*. (emphasis added).

Here, the Government's failure to produce this information in discovery is prejudicing Southern Union in its preparation for trial. Consequently, Southern Union requests the Court to order the Government to comply with its discovery obligations and provide the requested information.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: February 26, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2008, I served a true copy of the within pleading *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*445000_1.doc*