UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-134-T |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT SOUTHERN UNION COMPANY'S MOTION FOR DISCLOSURE AND PRODUCTION OF CHARTS, SUMMARIES, CALCULATIONS AND UNDERLYING MATERIALS**

Defendant, Southern Union Company ("Southern Union") moves under Fed.R.Evid. 1006 and Fed.R.Crim.P. 16(a)(1)(E) for production of any chart, summary, or calculation that the Government will seek to offer in evidence, as well as all writings, recordings, or other information on which such charts, summaries or calculations are based.

The grounds for Southern Union's motion are set forth in the accompanying memorandum of law.

**Certification Pursuant to Local Rule 12(c)**

Pursuant to Local Rule 12(c), defense counsel have notified counsel for the Government of Southern Union's request contained herein, and the Government has not complied with Southern Union's request.

**Statement Pursuant To Local Rule 12(d)**

The filing and disposition of this motion constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the

disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

**Request for Oral Hearing Under Local Rule 12(e)**

Southern Union requests an oral hearing on this motion under Local Rule 12(e) on the ground that this motion raises issues that can best be clarified in such a hearing. Defendant anticipates that such a hearing would last no more than fifteen (15) minutes.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: February 26, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 07-134-T
:
SOUTHERN UNION COMPANY :

**DEFENDANT SOUTHERN UNION COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISCLOSURE AND PRODUCTION OF CHARTS, SUMMARIES, CALCULATIONS AND UNDERLYING MATERIALS**

Defendant Southern Union Company ("Southern Union") has moved under Fed.R.Evid. 1006 and Fed.R.Crim.P. 16(a)(1)(E) to inspect any chart, summary or calculation that the Government will seek to offer into evidence, as well as all writings, recordings, or other information on which such charts, summaries, or calculations are based.

These materials are plainly discoverable under the Federal Rules. *United States v. Bloom*, 78 F.R.D. 591 (E.D. Pa. 1977); *United States v. Bremer*, 482 F.Supp. 821 (W.D.Okla. 1979). Rule 1006 specifically requires that such materials "shall be made available for examination or copying, or both, by other parties at reasonable time and place." Further, these materials, being tangible in nature, plainly constitute "documents" or "tangible objects" which the Government intends for use as evidence "in its case-in-chief at trial" under Fed.R.Crim.P. 16(a)(1)(E). Finally, the summaries and their supporting materials may constitute the "results or reports of … scientific tests or experiments, …" under Fed.R.Crim.P. 16(a)(1)(F).

The "made available" requirement of Rule 1006 requires the proponent of summary evidence to do the following:

1. Identify the summary exhibit;

2. Provide a list or description of the documents supporting the exhibit; and

3. State when and where the documents may be reviewed.

*See Air Safety, Inc. v. Roman Catholic Archbishop of Boston*, 94 F.3d 1, 8 (1st Cir. 1996).

The purpose of these requirements is to permit the opposing party to review and check the accuracy of the summaries and to prepare for cross examination. Consequently, access to these materials must be provided pre-trial, and in such time as is reasonable to permit the required assessment.

**CONCLUSION**

For these reasons, Southern Union asks that its motion be granted.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: February 26, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2008, I served a true copy of the within pleading *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino