UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 07-134-T
:
SOUTHERN UNION COMPANY :

**SOUTHERN UNION COMPANY'S MOTION TO COMPEL PRODUCTION OF INVESTIGATIVE ACTIVITY REPORT (IAR) OF ROBERT STEERE**

In accordance with LR Cr 16, Defendant, Southern Union Company ("Southern Union"), respectfully requests that this Court enter an Order compelling the Government to produce any Investigative Activity Reports ("IARs") of Government interviews of Robert Steere ("Steere"), a former employee of the New England Gas Company division of Southern Union. Based on the discovery produced by the Government to Southern Union, Southern Union has reason to believe that the Government interviewed Steere on one or more occasions. In discovery the Government has taken the position that any IARs of present or former Southern Union employees are "the statement of the Defendant," pursuant to Fed.R.Crim.P. 16(a)(1). Southern Union has requested that the Government confirm whether IARs of interviews with Steere exist and, if so, to produce any such IARs to Southern Union. To date the Government has failed to do so.

WHEREFORE, Southern Union respectfully requests that this Court enter an Order compelling production of Robert Steere's IARs.

**Certification Pursuant to Local Rule 12(c)**

Pursuant to Local Rule 12(c), defense counsel have notified counsel for the Government of Southern Union's request contained herein and the Government has not complied with Southern Union's request.

**Statement Pursuant To Local Rule 12(d)**

The filing and disposition of this motion constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

**Request for Oral Hearing Under Local Rule 12(e)**

Southern Union requests an oral hearing on this motion under Local Rule 12(e) on the ground that this motion raises issues that can best be clarified in such a hearing. Defendant anticipates that such a hearing would last no more than ten (10) minutes.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: March 4, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

*Attorneys for Southern Union Company*

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2008, I served a true copy of the within pleading *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*444896_1.doc*