**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| v. | * | CR No. 07-134T |
| | * | |
| | * | |
| SOUTHERN UNION COMPANY | * | |

## UNITED STATES' MEMORANDUM OF LAW OBJECTING TO DEFENDANT'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE UNREDACTED DOCUMENTS

The defendant moves to compel the production of certain documents which were either redacted in whole or in part. Because the materials sought are not discoverable, the government objects.

In supplemental discovery provided to the defendant on January 17, 2008, the government supplied discoverable documents which were retrieved from files kept by the Rhode Island Department of Environmental Management and the Pawtucket Police Department. Many of those documents also contained information that was work product, privileged, or simply contained information which is not discoverable under Rule 16. As to non-discoverable materials, the government would normally simply not provide any information about the document, or even its existence. Here, the government provided redacted pages simply so the defendant would know that not all pages found in those agency's files were being provided.

As already stated, all[1] of the redactions were made because the information on the

---

[1] In reviewing the redacted materials, the government did find approximately three paragraphs, found in a DEM memorandum, which are being provided consistent with the government's agreement to provide materials relating to agents of the defendant. That information will be supplied separately.

document is either (1) privileged; (2) work product; or (3) not discoverable under Rule 16. The defendant complains that the government has not supplied any explanation or legal basis for the redactions. The defendant cites no law supporting such a requirement because there is none. Indeed, as to redacted indentifier information (such as telephone numbers and social security numbers), such a request goes against precedent in this Circuit. See e.g., United States v. Sclamo, 578 F.2d 888, 890 & n.1 (1st Cir. 1978) (no statutory basis to compel government to provide names and addresses of witnesses).

Obviously, all of the withheld documents are available to the Court for *in camera* inspection should this Court so direct. Nevertheless, because the defendant in its Motion has made no showing that the materials have been wrongly withheld, nor made any showing that the government is under a legal obligation to provide a separate legal justification for redacted materials, there is not even a basis to require an *in camera* submission by the government.

The government objects to the Motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

KEVIN CASSIDY
Trial Attorney
Department of Justice
Environmental Crimes Section
601 D St. NW
Washington, DC 20530
Tel (202) 305-0333
kevin.cassidy@usdoj.gov

DIANNE CHABOT
Special Assistant U.S. Attorney
Regional Criminal Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100, SAA
Boston, MA 02114-2023
Tel (617) 918-1868
Fax (617) 918-0868
chabot.dianne@epa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, a copy of the within United States' Memorandum of Law Objecting to Defendant's Motion to Compel the Government To Produce Unredacted Documents was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov