**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| v. | * | CR No. 07-134T |
| | * | |
| | * | |
| SOUTHERN UNION COMPANY | * | |

**UNITED STATES' RESPONSE TO DEFENDANT SOUTHERN UNION COMPANY'S MOTION FOR DISCLOSURE AND PRODUCTION OF CHARTS, SUMMARIES, CALCULATIONS AND UNDERLYING MATERIALS**

Defendant Southern Union Company has moved for the production of charts and summaries which are discoverable under Fed. R. Crim. P. 16 and FRE 1006. The government responds that, to the extent such materials are discoverable under Rule 16 and FRE 1006, it will provide those materials to the defendant. In its initial response to discovery on November 13, 2007, the government informed the defendant that, "[t]hese items, however, have not yet been prepared and are therefore presently unavailable for inspection." As of the date of the filing of this Response, that is still the case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

KEVIN CASSIDY
Trial Attorney
Department of Justice
Environmental Crimes Section
601 D St. NW
Washington, DC 20530
Tel (202) 305-0333
kevin.cassidy@usdoj.gov

DIANNE CHABOT
Special Assistant U.S. Attorney
Regional Criminal Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100, SAA
Boston, MA 02114-2023
Tel (617) 918-1868
Fax (617) 918-0868
chabot.dianne@epa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, a copy of the within United States' Response to Defendant Southern Union Company's Motion for Disclosure and Production of Charts, Summaries, Calculations and Underlying Materials was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov