**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

v. CR07-134T

SOUTHERN UNION COMPANY,
Defendant

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 3/20/08