UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR No. 07-134-T |
| | : | |
| | : | In violation of 42 U.S.C. |
| v. | : | § 6928(d)(2)(A); 42 U.S.C. |
| | : | §11045(b)(4); and 18 U.S.C. § 2 |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Southern Union Company hereby moves that Daniel J. Fetterman be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Defendant Southern Union Company

By: John A. Tarantino
Adler Pollock & Sheehan P.C.

Bar ID No. 2586

Address: One Citizens Plaza
8th Floor
Providence, RI 02903

Dated: 3/11/2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; and U.S. Court of Appeals, Second Circuit. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]
Signature of *Pro Hac Vice* Applicant

Daniel J. Fetterman — 2297034
Applicant Name — State Bar ID #

Kasowitz, Benson, Torres & Friedman LLP
Firm Name

1633 Broadway, New York, New York 10019
Business Address

(212) 506-1700 — (212) 506-1800
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

John A Tarantino
Signature of Local Counsel

John A. Tarantino — 2586
Name — RI Bar ID #

Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
Firm and Business Address

(401) 274-7200 — (401) 351-4607
Tel. # — Fax #

---

**ORDER**

This motion is hereby Granted

WSmm
District Judge ~~Ernest C. Torres~~ Wm Smith

Date: 3/21/08