**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**April 15, 2008 Calendar Call**

## CRIMINAL CASES

**CR07-106-01S-LDA** **USA v. Jesus Gonzalez**
Conspiracy with intent to Distribute Cocaine
**CR07-113-01S-DLM** **USA v. Jose Perez**
False Statement in Application/Use of Passport
**CR07-134-01S-DLM** **USA v. Southern Union Company**
Storing a Hazardous Waste without permit
**CR08-10-01S-DLM** **USA v. Edward Perez**
Conspiracy with intent to Distribute Cocaine
**CR08-18-01S-LDA** **USA v. Damin Thompson**
Possession with Intent to Distribute Cocaine Base
**CR08-19-01S-DLM** **USA v. Rafael O. Guzman**
Possession with Intent to Distribute Cocaine Base
**CR08-20-01S-DLM** **USA v. Luis M. Sanchez**
Possession with Intent to Distribute Cocaine Base

## CIVIL CASES

CA06-190-S-RWL **Northern Ins.Co., et al v. Albin Manufacturing, Inc., et al**
Admiralty
CA07-166-S-LDA **Dominion Diagnostics, LLC v. The J. Bolen Group**
Other Contract
CA07-178-S-LDA **Nicholas Mello v. CPR Fishing, Inc.**
Marine (Admiralty)
CA07-213-S-LDA **The Talaria Company, LLC v. M/V Sea Biscuit**
Marine (Admiralty)

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on May 6, 2008 to be tried in the order listed. The calendar will be called on **April 15, 2008** at **9:00 a.m.** Juries will be empaneled on May 6, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: April 3, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**