UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 07-134 S |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**ORDER**
**GRANTING IN PART**
**DEFENDANT'S MOTION TO COMPEL**

Before the Court is Defendant Southern Union Company's Motion to Compel the Government to Produce Unredacted Documents (Document ("Doc.") #23) ("Motion to Compel" or "Motion"). A hearing on the Motion was conducted on April 8, 2008. After listening to the arguments of counsel, reviewing the Federal Rules of Criminal Procedure and the applicable case law, and considering the circumstances of this case (which involves a corporate defendant charged with environmental offenses), the Motion is granted to the extent stated below:

1. The Government shall within seven days of the date of this Order submit for *in camera* review the approximately twenty-seven pages of documents which have been redacted in their entirety. As to each document so redacted, the Government shall indicate the basis for the redaction, e.g., 1) privileged; 2) work product; or 3) not discoverable under Fed. R. Crim. P. 16. After the Court has completed its *in camera* review, it will advise the parties of the results of that review.

2. The Government shall within seven days provide contact information (address and telephone number) of the potential witnesses whose names appear in the January 17, 2008, production of discovery by the Government. If the Government has reason to believe that a potential witness is represented by an attorney, the Government may, in lieu of providing the address and

telephone number of the potential witness, provide the name, address, and telephone number of the attorney. In addition, prior to providing the contact information to Defendant, the Government may notify the potential witnesses that the Court has ordered that their addresses and telephone numbers be provided to Defendant and that, if they are contacted by representatives of Defendant, the potential witnesses are free to speak or not to speak with Defendant's representatives as they so choose.

To the extent that the Motion to Compel seeks greater relief than that granted above, the Motion is denied.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 8, 2008