UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 07-134 S
:
SOUTHERN UNION COMPANY :

**NOTICE OF
COMPLETION OF IN CAMERA REVIEW
AND RULING**

The Court has completed its *in camera* review of the documents submitted by the Government pursuant to the Order Granting in Part Defendant's Motion to Compel (Document #48). Based on that review, the Court has determined that none of the documents submitted need be produced to Defendant because they are either privileged, constitute work product, or are not covered by Fed. R. Crim. P. 16.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 17, 2008