**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.07-134S |
| | ) | |
| SOUTHERN UNION COMPANY | ) | |

**UNITED STATES' MOTION FOR THE ISSUANCE OF A SUBPOENA PURSUANT TO 28 U.S.C. §1783**

Now comes the United States by its attorneys and, pursuant to 28 U.S.C. §1783, moves for the issuance of a subpoena to Marc Viera, requiring Viera's appearance as a witness at the trial of the above-captioned case. Viera is a national or resident of the United States who is in a foreign country, namely, the United Kingdom. For the reasons stated in the attached Memorandum of Law, Viera's testimony is necessary in the interest of justice.

Because the Motion can be easily resolved based on the pleadings, the government does not believe that oral argument is necessary.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

KEVIN CASSIDY
Trial Attorney
Department of Justice
Environmental Crimes Section
601 D St. NW
Washington, DC 20530
Tel (202) 305-0333
kevin.cassidy@usdoj.gov

DIANNE CHABOT
Special Asst. U.S. Attorney
Regional Criminal
Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100, SAA
Boston, MA 02114-2023
Tel (617) 918-1868
Fax (617) 918-0868
chabot.dianne@epa.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.07-134T |
| | ) | |
| SOUTHERN UNION COMPANY | ) | |

**GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR THE ISSUANCE OF A SUBPOENA PURSUANT TO 28 U.S.C. §1783**

The government is moving this Court for an Order authorizing the issuance of a subpoena requiring the attendance of a United States national at trial in the above matter. The witness is presently living in the United Kingdom. Although parties to criminal cases normally do not need the intervention of the court in order to issue trial subpoenas, such is not the case with U.S. nationals living abroad. Instead, such subpoenas are governed by the Walsh Act, 28 U.S.C. §1783 and §1784.

**I. The Walsh Act**

First enacted in 1926, the Walsh Act, in its present form, authorizes federal courts to compel the attendance of United States nationals[1] living abroad. 28 U.S.C. §1783(a). The Walsh Act also contains specific authorization and penalties for contempt of any subpoena issued pursuant to §1783. 28 U.S.C. §1784. In Blackmer v. United States, 284 U.S. 421 (1932), the

[1] A "national" is "(A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States." 8 U.S.C. § 1101(a)(22). The government believes Marc Viera is a citizen.

Supreme Court upheld the Walsh Act, ruling that Congress possesses the authority to require the attendance of citizens living abroad to "support the administration of justice by attending its courts and giving his testimony whenever he is properly summoned." Id. at 438.

The Walsh Act, 28 U.S.C. §1783(a) provides:

> (a) A court of the United States may order the issuance of a subpoena requiring the appearance as a witness before it, or before a person or body designated by it, of a national or resident of the United States who is in a foreign country, or requiring the production of a specified document or other thing by him, if the court finds that particular testimony or the production of the document or other thing by him is necessary in the interest of justice, and, in other than a criminal action or proceeding, if the court finds, in addition, that it is not possible to obtain his testimony in admissible form without his personal appearance or to obtain the production of the document or other thing in any other manner.

Therefore, the main question in the issuance of any such subpoena in a criminal case[2] is whether the witness' proposed appearance is "necessary in the interest of justice."

## II. Viera's Testimony is "Necessary in the Interest of Justice"

It is beyond dispute that, in the above case, witness Marc Viera is a necessary - indeed critical – witness. The expected testimony of Viera is based on prior testimony and several

[2] As the statute makes clear, in civil cases there is the additional requirement that the movant must show that it is not possible to obtain the testimony through alternative means.

interviews with EPA agents. Given the obvious relevance and importance of his testimony, it need not be elaborated on at length. Suffice it to say, Viera's activities and knowledge are at the center of each of the three counts of the indictment.

Here, the indictment charges that Defendant Southern Union Company (SUC) unlawfully stored a hazardous waste - liquid mercury and mercury-containing regulators – at its Tidewater facility in Pawtucket (counts 1 and 3 of the indictment). On these counts, Viera's testimony is necessary because, as the chief environmental official for SUC's Rhode Island operations, Mr. Viera was the SUC official primarily responsible for storing both the liquid mercury as well as the regulators at Tidewater. On more than one occasion, he actually physically brought mercury to the site. He also supervised the placement of regulators at the site. Further demonstrating his centrality to the issues in this case, Viera is the "environmental coordinator" referenced in ¶¶10, 12, 14, 16, and 19 of the indictment.

The indictment also charges that SUC violated the Emergency Planning and Community Right to Know Act (EPCRA). On October 19 and 20, 2004, Viera was part of the chain of events which led to SUC's failure to notify local emergency authorities about the mercury spill. Therefore, his testimony would be necessary to a just resolution of Count 2 as well.

**III. <u>Conclusion</u>**

Given the breadth of the factual issues which Viera's

testimony would encompass, the United States asserts that it is beyond dispute that his testimony is "necessary in the interest of justice." Therefore, the government requests that this Court order Marc Viera's attendant at trial commencing September 22, 2008, and continuing until further order of this Court. A proposed Order[3] and subpoena are attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

---

[3] Section 1783(b) directs that the order authorizing the issuance of the subpoena state the estimated amount of the travel and attendance expenses. Assuming a 14-day stay for the witness, the government has sought to obtain a good faith estimate of expenses, which, as of the date of this filing, break down as follows:

- Roundtrip Airfare -(Government rate on contact carrier United Airlines) - $757
- Per Diem - $27.00 (travel days)
  - $54.00 (whole days)
  - Total - $702.00
- Hotel - $2044 ($146 per night)
- Other expenses (transp., etc.)- $150

- **TOTAL - $3,653.30**

KEVIN CASSIDY
Trial Attorney
Department of Justice
Environmental Crimes Section
601 D St. NW
Washington, DC 20530
Tel (202) 305-0333
kevin.cassidy@usdoj.gov

DIANNE CHABOT
Special Asst. U.S. Attorney
Regional Criminal
Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100, SAA
Boston, MA 02114-2023
Tel (617) 918-1868
Fax (617) 918-0868
chabot.dianne@epa.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, a copy of the within United States' Motion for the Issuance of a Subpoena Pursuant to 28 U.S.C. §1783 was filed electronically and is available for viewing and downloading from the ECF system. Further a copy was separately emailed to witness Marc Viera's attorney, Charles A. Tamuleviz, at cat@thbrilaw.com.

Electronic notification:

JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov