**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No. 07-134S |
| | ) | |
| SOUTHERN UNION COMPANY | ) | |

**ORDER**

This matter came to be heard on the United States' Motion for the Issuance of a Subpoena Pursuant to 28 U.S.C. §1783. After due consideration, this Court finds that:

1. Marc Viera is a national of the United States who is currently in a foreign country; and

2. Marc Viera's testimony is necessary in the interest of justice.

Therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. The United States is authorized to issue a trial subpoena to Marc Viera directing his appearance before this Court on September 22, 2008 at 9:30am, and continuing until further order of the Court;

2. Service of the subpoena shall be effected in accordance with the provisions of the Federal Rules of Civil Procedure relating to service of process on a person in a foreign country; and

3. The United States shall pay for the travel and attendance expenses of Marc Viera, which at the time of this Order are estimated to be $3653.30.

Per Order,

Wendy Seile
Deputy Clerk

ENTER:

WESmith
WILLIAM E. SMITH
United States District Judge

DATE: 6/10/08