✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

USA

V.

Southern Union Company

**EXHIBIT AND WITNESS LIST**

Case Number: CR07-134S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | T. Donnelly, K. Cassidy, D. Chabot | G. Petros, J.Tarantino, D. Fetterman |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| June 11,2008 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 6/11/2008 | ID | | E-mail dated July 9, 2004 |
| | B | 6/11/2008 | ID | | E-mail dated August 27, 2003 |
| | C | 6/11/2008 | ID | | Letter dated July 1, 2002 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.