UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-134-S |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT SOUTHERN UNION COMPANY'S MOTION FOR USE OF JURY QUESTIONNAIRE**

Defendant, Southern Union Company ("Southern Union"), moves under Fed.R.Crim.P. 24(a) and LR Cr 24 that this Court allow the use of a jury questionnaire in the selection of the jury of this matter. In support of its motion, Southern Union states that on May 7, 2008, at a prior conference on this matter, counsel for Southern Union, counsel for the Government, and the Court discussed the use of a jury questionnaire as a result of publicity concerning the events surrounding this case, as well as publicity concerning other litigation in which Southern Union is presently involved in this Court.

Southern Union states its grounds for the motion more fully in its accompanying Memorandum of Law.

**Statement Pursuant To Local Rule 12(d)**

The filing and disposition of this motion constitute excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: August 18, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

DANIEL J. FETTERMAN
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799

*Attorneys for Southern Union Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-134-S |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT SOUTHERN UNION COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR USE OF JURY QUESTIONNAIRE**

Defendant, Southern Union Company ("Southern Union"), has moved for leave to use a jury questionnaire in this case. This case involves allegations of illegal storage of hazardous waste, specifically mercury in elemental form, as well as mercury contained in mercury seal regulators ("MSRs"). This case has generated substantial publicity, both at the time that a break-in was discovered at Southern Union's Tidewater facility in Pawtucket, Rhode Island in October of 2004, as well as when the indictment was filed and the U.S. Attorney's Office issued a press release about the indictment on or about October 16, 2007.

Additionally, as the Court knows from the prior proceedings and hearings, including a hearing on motions *in limine* in this case, Southern Union is a defendant in other litigation pending in this Court, specifically, *Corvello, et al. v. New England Gas Company*, C.A. No. 05-221T (Lead Case) (Related and Consolidated Cases: 05-274T; 05-370T; 05-522T) ("the Tiverton Litigation"), and *Arriaga v. New England Gas Company, et al.*, C.A. No. 06-45T ("the Arriaga Litigation"), and is also a party to certain proceedings before the Administrative Adjudication Division of the Rhode Island Department of Environmental Management and in related state court proceedings. In the Tiverton Litigation, Senior Judge Torres ordered the use of a jury

questionnaire as a result of publicity concerning that case and as well as publicity concerning Southern Union in general.

Here, as a result of the nature of the charges, as well as the circumstances that flowed from the break-in at the Tidewater facility by three vandals, including their stealing of mercury and the harm they caused at an apartment complex and to its residents, Southern Union believes that this case has not only already generated substantial pretrial publicity, but will in all likelihood generate additional pretrial publicity.[1] Southern Union believes that such publicity has the potential to evoke strong emotional responses among certain sectors of the prospective jury pool. Consequently, as previously discussed with the Court, if a fair trial is to be achieved here, Southern Union believes the Court will need to employ appropriate devices to ensure that the jury which it seats can weigh the evidence fairly and dispassionately.

The use of a jury questionnaire is an efficient tool to identify jurors, who, for one reason or another, should not be sitting on a case of this nature. The jury questionnaire will also enable counsel for both sides to agree on strikes for cause and present those prospective jurors to the Court for ruling, thereby eliminating the need for repetitive and time consuming questioning. The jury questionnaire will also help to limit the amount of Court time employed in the jury selection process. Furthermore, the use of a jury questionnaire will allow prospective jurors to answer questions candidly without fear of embarrassment and without providing information that might otherwise taint the remainder of the panel during the *voir dire* process.

Finally, jury questionnaires have been used in this Court in a number of cases, both civil and criminal. Specifically, with respect to criminal cases, the Court has used jury questionnaires

---

[1] Based on a discussion that one of Southern Union's counsel had with counsel for certain of the Arriaga Litigation plaintiffs, it appears that the victim/witness coordinator in the U.S. Attorney's Office has advised at least certain of the Arriaga Litigation plaintiffs of the September 22, 2008 trial date.

in the so-called Plunder Dome cases, the Lincoln Park trials, and the recent case, *United States v. John R. Kramer and Carlos Ortiz*, C.A. No. 07-09-01 (MML). In each case the jury questionnaires assisted the parties, as well as the Court, in the empanelment process and in selecting jurors who could sit appropriately and dispassionately in the case.

For these reasons, Southern Union requests that its motion be granted.[2]

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: August 18, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

DANIEL J. FETTERMAN
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799

*Attorneys for Southern Union Company*

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2008, I served a true copy of the within pleading *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*464860_1.doc*

[2] If the Court allows the motion, Southern Union suggests that the Court and the parties discuss the content of the questionnaire at a pretrial conference prior to empanelment.