UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-134-S |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**RESPONSE OF DEFENDANT SOUTHERN UNION COMPANY TO MOTION TO QUASH SUBPOENA**

Southern Union Company (Southern Union) has been advised that Marc Viera, a non-party witness and former employee of Southern Union's New England Gas Division, has been subpoenaed by the Government for trial, which is set to begin on September 22, 2008. Mr. Viera is an American citizen who presently resides in the United Kingdom. For the reasons previously stated by Southern Union and the Government, it is important and necessary that Mr. Viera testify live at trial. Southern Union has been advised that the Government intends to call Mr. Viera during its case and Southern Union intends to cross examine Mr. Viera after he is examined by the Government. Southern Union may also need to recall Mr. Viera as part of Southern Union's defense case. Southern Union cannot, at this time, predict whether that will be necessary, but Southern Union must reserve its right to do so. As Southern Union has previously explained to the Court, the Government's counsel and Mr. Viera's counsel, it will, to the extent possible, work with all parties to try to limit the number of days that Mr. Viera must be present in court to testify. If the Government decides to call Mr. Viera at the end of its case, Southern Union would be in a better position to know whether it would need not only to cross examine Mr. Viera, but also recall Mr. Viera as part of Southern Union's case. It is up to the Government, however, and not Southern Union, to determine when the Government plans to call

Mr. Viera and, therefore, if the Government chooses to call Mr. Viera earlier in its case, then in order to protect and preserve its interests, Southern Union must reserve its rights to recall Mr. Viera as part of Southern Union's defense case.

Southern Union Company
By its attorneys,

/s/ John A. Tarantino
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: August 28, 2008

GERALD J. PETROS
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

DANIEL J. FETTERMAN *(pro hac vice)*
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2008, I served a true copy of the within pleading *via electronic means (ECF)* on Stephen G. Dambruch, Assistant U.S. Attorney, Terrence P. Donnelly, Assistant U.S. Attorney, Dianne G. Chabot, Special Assistant U.S. Attorney, and Kevin M. Cassidy, Trial Attorney at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ John A. Tarantino

*466191_1.doc*