# EXHIBIT C

9541.1982(01)

EPA ENFORCEMENT OF RCRA-AUTHORIZED STATE HAZARDOUS WASTE LAWS AND REGULATIONS

OFFICE OF SOLID WASTE AND EMERGENCY RESPONSE

MAY 17 1982

PIG-82-3

MEMORANDUM

SUBJECT: Assignment of a Memorandum to the Program Implementation Guidance System

FROM: John Skinner, Director
State Programs and Resource Recovery Division (WH-563)

TO: Program Implementation Guidance System Addressees

On March 15, 1982, Enforcement Counsel issued the attached memorandum to Regional Administrators and Regional Counsels. The Memorandum provided valuable information, guidance, etc. on EPA enforcement of RCRA-authorized State hazardous waste laws and regulations. I think that the guidance contained in this memorandum is of such value as to warrant wider distribution and incorporation into our system of Program Implementation Guidance. For future reference and ease in filing, I have designated this memorandum as Program Implementation Guidance number 82-3.

Attachment

-------------------