# EXHIBIT D

http://www.epa.gov/epaoswer/hazwaste/state/glossary.htm
Last updated on Tuesday, September 2nd, 2008.

State Authorization

You are here: EPA Home Wastes RCRA State Authorization State Authorization Terms and Topics

# State Authorization Terms and Topics

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

| A | |
|---|---|
| **Addendum to the State's EPA-Approved Hazardous Waste Management Program** | A supplementary document to the EPA binder containing the text of the authorized version of each state provision to which unauthorized amendments have been made. The Addendum consists of an explanatory statement, a table of contents, and a text section and is kept in the office of the EPA region developing the codification package. |
| **Attorney General's Statement (Certification)** | A statement prepared by the state attorney general (or the attorney for the state agencies which have independent legal counsel) as part of the authorization application that identifies and interprets state legal authorities. The regulatory requirements for the AG Statement are published in 40 CFR 271.7. AG Statements are optionally referenced in 40 CFR 272 as part of the codification, but are not incorporated by reference. A Model AG Certification is available for viewing or downloading from the Express Authorization page. Old Model AG Statements for specific SPAs/clusters are also available for viewing or downloading from the Rule Checklists, Summaries and FR Notices page. |
| **Authorization Application Package** | The application materials submitted by the state to EPA for review for state authorization. The package typically includes state statutes, regulations, an AG Statement or addendum, revision checklist, program description, and a memorandum of agreement. The elements that must be included in the state's program submission are specified in 40 CFR 271.5. |
| **Availability of Information (AI)** | RCRA section 3006(f) and 40 CFR 271.17 requires that states make hazardous waste information available to the public "in substantially the same manner and to the same degree" as it would be made under the federal program. This is referred to as "availability of information." The AI Checklist is available for viewing or downloading from the Policy and Guidance Documents page. |
| **B** | |

| | |
|---|---|
| **Base Program Authorization** | The RCRA program initially made available for final authorization, reflecting federal regulations as of July 26, 1982. |
| **Base Program Checklists** | The set of checklists submitted for state base program authorization, including Checklists I, II, III, IVA, IVB, and V. |
| **Broader in Scope (BIS)** | Provisions that (1) allow the state to regulate more entities or wastes than the federal code or (2) add an aspect to a state's statutes or regulations for which there is no federal counterpart in the RCRA statutes or regulations. Broader in scope provisions are referenced in 40 CFR 272 as part of the codification notice, but are not incorporated by reference. |
| **C** | |
| **CFR** | See Code of Federal Regulations |
| **Checklists** | A tool used to document the state analogs to federal regulatory requirements. They include a column to indicate whether the state requirement is equivalent to, more stringent, or broader in scope than the analogous federal requirement. (Also See Revision Checklists, Base program checklists, State Legislation Checklist, HSWA statutory checklist, RCRA Statutory Checklist, Consolidated Checklists and Special Consolidated Checklists.) |
| **Cluster** | A cluster is a set of Revision Checklists developed for federal rules promulgated between a specified period. The cluster system was set up by EPA in an attempt to limit the number of times states would need to submit revision applications in response to the numerous federal changes stemming from the 1984 HSWA amendments. The cluster periods coincide with the annual publications of the CFR. The July date was selected to give states time to work on regulations and take them to the legislature (for those states that have legislative review. The cluster system applies only to state modifications that are necessary because of changes to the federal program after June 30, 1984. It does not apply to state-initiated modifications, or rules promulgated between July 27, 1982, and June 30, 1984 (Checklists 1-8). There are three types of clusters: HSWA Cluster, Non-HSWA Cluster, and RCRA Cluster. |
| **Code of Federal Regulations (CFR)** | A codification of final rules published in the Federal Register by the executive departments and agencies of the federal government. The Links to Other Websites page provides access to the Federal Register and CFR documents made available by the Government Printing Office and EPA. |
| | |