**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR No. 07-134-S |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT SOUTHERN UNION COMPANY'S MOTION TO DETERMINE WHETHER UNDER EPCRA THE RELEASE OF MERCURY AT THE LAWN TERRACE APARTMENT COMPLEX CONSTITUTES A SEPARATE RELEASE**

Defendant Southern Union Company ("Southern Union") moves this Court to determine whether under the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. § 11045(b)(4), the release of mercury at the Lawn Terrace Apartment complex constitutes a separate release from the Tidewater release that the Government charges Southern Union failed to report. In support of this Motion, Southern Union relies on the accompanying memorandum of law.

Respectfully submitted,

SOUTHERN UNION COMPANY

By its Attorneys,

/s/ Gerald J. Petros
Gerald J. Petros, No. 2931
Alexandra K. Callam, No. 5358
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
401-274-2000
401-277-9600 (fax)
gpetros@haslaw.com
acallam@haslaw.com

John A. Tarantino, No. 2586
Patricia K. Rocha, No. 2793
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
401-274-7200
401-351-4607 (fax)
jtarantino@apslaw.com
procha@apslaw.com
Daniel J. Fetterman (*pro hac vice*)
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800 (fax)
dfetterman@kasowitz.com

Dated: September 11, 2008

**CERTIFICATION**

Terrence P. Donnelly
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Kevin Cassidy
Trial Attorney
Department of Justice
Environmental Crimes Section
601 D St. NW
Washington, DC 20530

Dianne Chabot
Special Assistant U.S. Attorney
Regional Criminal Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100, SAA
Boston, MA 02114-2023

I hereby certify that on September 11, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may accesses this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

923472v1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR No. 07-134-S |
| | : | |
| SOUTHERN UNION COMPANY | : | |

**DEFENDANT SOUTHERN UNION COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DETERMINE WHETHER UNDER EPCRA THE RELEASE OF MERCURY AT THE LAWN TERRACE APARTMENT COMPLEX CONSTITUTES A SEPARATE RELEASE**

In a September 8, 2008, letter to the Court, Southern Union Company ("Southern Union") asked the Court to determine two issues of law prior to the start of trial on September 22, 2008. One of those issues is whether under the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. § 11045(b)(4), the release of mercury at the Lawn Terrace Apartment complex constitutes a separate release from the Tidewater release that the Government charges Southern Union failed to report. In the September 8, 2008, letter, Southern Union noted it had already briefed the "separate release" issue in its August 26, 2008 Pretrial Memorandum, and would rely on that briefing. Accordingly, Southern Union incorporates by reference the legal argument presented in its Pretrial Memorandum on the "separate release" issue at pages 12 to 17.

Respectfully submitted,

SOUTHERN UNION COMPANY

By its Attorneys,

/s/ Gerald J. Petros
Gerald J. Petros, No. 2931
Alexandra K. Callam, No. 5358
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
401-274-2000
401-277-9600 (fax)
gpetros@haslaw.com
acallam@haslaw.com

John A. Tarantino, No. 2586
Patricia K. Rocha, No. 2793
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
401-274-7200
401-351-4607 (fax)
jtarantino@apslaw.com
procha@apslaw.com
Daniel J. Fetterman (*pro hac vice*)
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800 (fax)
dfetterman@kasowitz.com

Dated: September 11, 2008

**CERTIFICATION**

Terrence P. Donnelly
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Kevin Cassidy
Trial Attorney
Department of Justice
Environmental Crimes Section
601 D St. NW
Washington, DC 20530

Dianne Chabot
Special Assistant U.S. Attorney
Regional Criminal Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Suite 1100, SAA
Boston, MA 02114-2023

I hereby certify that on September 11, 2008, a copy of the foregoing Memorandum of Law was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may accesses this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

923475v1