U.S. ENVIRONMENTAL PROTECTION AGENCY

# RCRA Online

Recent Additions | Contact Us

You are here: EPA Home >> Wastes >> Information Sources >> RCRA Online >> RCRA Online Disclaimer

Welcome | What's New | Topics Search | Full Text Search | Advanced Search | How To

# RCRA Online Disclaimer

I Have Read and Understand this Disclaimer

**PLEASE READ THE FOLLOWING DISCLAIMER**

This database, the descriptions this database contains, the document indexing information in this database, and the documents cited in this database are not intended to serve as statements of EPA policy. The database should not be cited or quoted and cannot be relied upon to create any substantive or procedural rights enforceable by any party in litigation with the United States.
Reference herein to any specific commercial products, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government and shall not be used for advertising or product endorsement purposes.

For the most part, RCRA compliance is a site-specific matter and most appropriately handled by your EPA Regional Office and/or State Authority. You should confirm any compliance determinations with your appropriate EPA Regional or State Environmental Agency in all cases.

Although this database identifies and indexes over 2900 RCRA letters, memoranda, and Q&As, it does not identify and index **every** RCRA letter, memo, or Q&A written by EPA. The plan is to update this database semi annually. Furthermore, some of the correspondence referenced in this database **may no longer reflect EPA's current regulations or policies**. Whenever possible, the database indicates this. It is impossible, however, to indicate every instance of superseded regulations or policies.

Users of the index should also note that the Q&As, letters, and memoranda referenced herein are not by any means a complete representation of the guidance available from EPA on RCRA issues. Database documents are not intended to replace or supersede the regulations. Users **should always** consult other sources of information such as the Code of Federal Regulations, the Federal Register, and appropriate guidance documents to ensure complete research.

---

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Tuesday, September 16th, 2008
URL: http:///N%3A/TDonnelly/epa/Southern%2520Union%2520Company/Motions/Motion%2520in%2520Limine%2520re%2520EPA%2520Letters/RCRA%2520Online%2520Database%2520-%2520Disclaimer.htm

Submit

[EXHIBIT 1]