[EXHIBIT 2]

9442.1994(06)

United States Environmental Protection Agency
Washington, D.C. 20460
Office of Solid Waste and Emergency Response

uly 29, 1994

Ms. Karen Sahler
Environmental Committee
New York Gas Group
500 Fifth Avenue, Suite 428
New York, New York 10110-0469

Dear Ms. Sahler:

In your letter to Michael Shapiro of May 17, 1994 you requested EPA assistance in determining the regulatory status of natural gas regulators that contain mercury under the Resource Conservation and Recovery Act (RCRA). You write that you believe that these regulators meet the definition of a scrap metal (see footnote 1). You also correctly point out that scrap metal is exempt from regulation when reclaimed. 40 CFR §261.6(a)(3)(iii). You have asked EPA whether natural gas regulators meet the definition of a scrap metal so that NYGAS members would not have to manage these materials as solid wastes and hazardous wastes when sent for reclamation.

EPA cannot concur with this interpretation. Since your letter states that the natural gas regulators contain mercury, these regulators cannot be scrap metal. When EPA revised the definition of solid waste in 1985, it created a new category of secondary material in the final rule, scrap metal. 50 FR 614, 624 (January 4, 1985). In setting up this new category, EPA stated "Materials not covered by this term include ... liquid metal wastes (i.e., liquid mercury) [emphasis added]...." 50 FR at 624. The argument that the regulator taken as whole unit is mostly metal and does not contain a "significant liquid component" is inapplicable here. In general, any quantity of liquid mercury other than trace amounts attached to or contained in a spent material precludes that material from being a scrap metal.

In addition, EPA agrees with the New York State position that used equipment of this type cannot be considered to be a commercial

chemical product. Based on our understanding of this material, we believe that when removed from service, natural gas regulators containing mercury best meet the definition of a spent material. 40 CFR §261.1(c)(1). Therefore, the regulators are solid wastes and hazardous wastes when sent for reclamation. 40 CFR §261.2(c)(3). These natural gas regulators would be subject to applicable RCRA Subtitle C regulations, 40 CFR Parts 262-265, 268 and 270.

Although these mercury-bearing natural gas regulators cannot be regulated as scrap metal, the natural gas regulator may meet the definition of a scrap metal and be exempt from regulation once the mercury component is removed from the regulator (provided it does not contain other liquids and otherwise best meets the definition of scrap metal). Also, you may wish to consider petitioning the Agency to include these regulators as part of the proposed Part 273 Special Collection System regulations when these regulations become final. If included in the Part 273 regulations, these regulators could be shipped under reduced Subtitle C regulatory requirements (e.g., a manifest would not be required). EPA requested comment on the potential usefulness of Part 273 regulations to mercury-containing thermostats in the proposed rule. 58 FR 8102, 8110 (February 11, 1993).

Please be aware that under Section 3006 of RCRA (42 U.S.C. Section 6926) individual States can be authorized to administer and enforce their own hazardous waste programs in lieu of the Federal program. When States are not authorized to administer their own program, the appropriate EPA Regional office administers the program and is the appropriate contact for any case-specific determinations. Please also note that under Section 3009 of RCRA (42 U.S.C. Section 6929) States retain authority to promulgate regulatory requirements that are more stringent than Federal regulatory requirements.

I hope that this letter sufficiently responds to your questions and concerns. If you have any further questions or comments, please contact Paul Borst of my staff at (202) 260-6713.

Sincerely,

David Bussard, Director
Characterization and Assessment Division

1 "Scrap metal" is bits and pieces of metal parts (e.g., bars, turnings, rods, sheets, wire) or metal pieces that

may be combined together with bolts or soldering (e.g., radiators, scrap automobiles, railroad boxcars) which when worn or superfluous can be recycled. 40 CFR §261.1(c)(6).