Exhibit B

New England Gas Company

October 26, 2004

Irving J. Owens
Rhode Island State Fire Marshall
24 Conway Avenue
Quonset/Davisville Industrial Park
North Kingston, RI 02852

William Cullinan/Jeff Johnson
Pawtucket Fire Department
145 Roosevelt Avenue
Pawtucket, RI 02860

**Re: New England Gas Company**
**Tidewater and Pleasant Street Mercury Release**
**Pawtucket, Rhode Island**

Dear Sirs:

This letter provides written notification and follow-up information to the Rhode Island State Emergency Response Commission and the Community Emergency Coordinator for the Local Emergency Planning Committee regarding the mercury release resulting from vandalism at New England Gas Company's Tidewater Street property in Pawtucket. We have had some difficulty in confirming exactly who should receive this letter which is being transmitted to you in your capacities as Chair of the State Emergency Response Commission and as contact persons for the local Emergency Planning Committee. We understand that the Rhode Island Department of Labor and Training may also need to be provided with the information, and so a designated individual from that office is copied on this letter.

Until last Friday, we thought that the Tidewater Street mercury release was likely to fall within the exemption from emergency release reporting under the U.S. EPA regulations. As provided in 40 C.F.R. § 355.40, the exemption covers releases resulting in exposure to persons solely within the boundaries of a facility. Last Friday afternoon, we learned that mercury had been found at a parking lot and adjacent apartment units in the neighborhood, apparently due to the earlier vandalism. By that time, we were already working with the Pawtucket Fire Department and other federal, state, and local authorities in responding to the mercury release.

**Discovery of Release at Tidewater Street Property**

The mercury release at the Tidewater Street property was identified on the morning of October 19, 2004 by a grounds employee of New England Gas Company who was performing maintenance activities at that location. The employee discovered that several buildings on the 23-acre parcel had been vandalized. One of those buildings was being used by the Company for the storage of mercury-containing pressure regulators and some small containers of mercury.

The employee observed that mercury had been released inside two of the buildings and on soil and asphalt immediately outside the buildings. The total square footage of the buildings is less than 500 sf, and the total square footage of the affected outside areas is also less than 500 sf. The vandals apparently broke through a locked fence 300 feet distant which runs along the street, and into the buildings which were also kept locked.

The mercury was apparently released from several small containers which were kept in a locked cabinet, and not from the pressure regulators, all of which were double bagged and showed no sign of being tampered with. According to the police, the vandalism occurred at the end of September or beginning of October, about three weeks before the release was discovered. Company personnel were last at the storage facility on September 20, at which time it was intact.

**Notification and Response Actions at Tidewater Street Property**

Upon discovery of the release on the morning of October 19, New England Gas Company followed its standard procedures for response to a spill or release of hazardous material. These procedures include notification to the appropriate governmental agencies and immediate engagement of a qualified outside contractor to evaluate the spill and to identify and carry out the appropriate response measures. After notifying the Rhode Island Department of Environmental Management ("RIDEM") at about 1 PM, the Company retained Clean Harbors to respond to the mercury release, and Clean Harbors immediately mobilized its personnel to the Tidewater Street property.

After evaluating the matter and inspecting the release area, Clean Harbors advised the Company that there might be a reportable release under EPA's CERCLA regulations. While it remained uncertain as to whether the one pound reportable quantity threshold had been reached, the National Response Center was contacted at 5 PM that same day. The National Response Center then alerted several emergency responders, including the Coast Guard and the local fire and police departments.

Clean Harbors has now completed its cleanup work, both inside and outside the storage buildings. This cleanup has included the removal of affected soil to meet the residential standard, as well as removal of spill debris and other material in the buildings, including the mercury containers and the pressure regulators. In addition, the property has been secured to ensure against unauthorized access. Clean Harbors is also conducting air sampling in the buildings. The Hazardous Material Release Notification Form that the Company is filing with RIDEM will be forwarded to your office under separate cover letter.

As provided in 40 C.F.R. § 355.40, we note that mercury is not an extremely hazardous substance under the EPA regulations. In addition, we understand that there should be no acute or chronic health risks due to mercury exposure with respect to the employee who discovered the vandalism. As yet, we do not know the results of the medical tests administered to the vandals. Information regarding the air sampling and health effects will be provided to you as information becomes available to us.

**Discovery of Release at Pleasant Street Apartments**

Late Friday afternoon, New England Gas Company learned from the Pawtucket Fire Department that there was a mercury release at a parking lot and perhaps some adjacent apartment units on Pleasant Street, near the Tidewater Street property. The Company had distributed a flyer to the neighborhood about the vandalism, and a maintenance worker at those apartments placed a call to city authorities about a possible mercury release in the parking lot.

**Notification and Response Actions at Pleasant Street Apartments**

When New England Gas Company learned of the Pleasant Street release, we immediately notified RIDEM and the National Response Center. We also notified Clean Harbors, and the company immediately mobilized to that site. Clean Harbors is still actively engaged in the cleanup effort which includes both the parking lot and a number of the apartment units.

To expedite and better ensure a thorough cleanup, five apartment buildings containing 48 units in the immediate vicinity of the parking lot have been evacuated. Cleanup of mercury in the affected units includes replacement of carpets and fabrics such as curtains and clothes and cleaning of smooth surfaces, including plastics, walls, and linoleum floors. Residents have been offered medical testing for mercury exposure. We will provide you with the results of that testing to the extent that it becomes available to us and you have not already been provided with the data.

100 Weybosset Street
Providence, RI 02903

1595 Mendon Road
PO Box 7900
Cumberland, RI 02864

155 North Main Street
PO Box 911
Fall River, MA 02722

We will continue to keep you posted as work progresses. Please do not hesitate to contact me directly at (401) 525-5601 if you require any further information. In addition, please be assured that New England Gas Company has been working cooperatively with the governmental authorities involved in this matter.

Sincerely,

Robert A. Young
Director, Environmental &
Operational Compliance

cc: Richard U. James, Rhode Island Office of the State Fire Marshall
Patrice Cavarretta, Rhode Island Dept. of Labor & Training, Div. of Occupational Safety

bcc: Tom Robillard – NEGC
Susan Groce – Southern Union
Dave Black – NEGC
Dennis Esposito – AP&S
Alan Fish – Southern Union
Susan Cooke – MWE (Electronic Copy)
Dennis Morgan – Southern Union (Electronic Copy)
Eric Herschmann – KBT&F (Electronic Copy)