# United States Court of Appeals
## For the First Circuit

No. 09-2403

UNITED STATES OF AMERICA,

Appellee,

v.

SOUTHERN UNION COMPANY,

Defendant, Appellant.

**JUDGMENT**

Entered: December 22, 2010

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Southern Union Company's conviction and the sentence and financial penalties imposed are affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Tarantino, Mr. Tamuleviz, Mr. Lockhart, Mr. Donnelly, Mr. Petros, Ms. Rocha, Ms. Callam, Mr. Fetterman, Ms. Chabot, Mr. Cassidy, Mr. Davis & Mr. Ross.