Exhibit 1 – Examples of Cases in which Community Service Obligations Have Been Imposed

| Case Name | District | Docket No. | Offense(s) of Conviction | Judgment Date | Judgment Docket No | Community Service Amount | Fine Amount |
|---|---|---|---|---|---|---|---|
| US v. BP Exploration | District of Alaska | 07-125 | Clean Water Act | 12/13/2007 | 20 | $4,000,000 | $12,000,000 |
| US v. Brusco Tug & Barge Inc | Northern District of California | 09-728 | Clean Water Act | 9/21/2009 | 11 | $250,000 plus $500,000 to implement environmental compliance plan | $750,000 |
| US v. Clipper Marine Serices A/S | District of New Jersey | 07-264 | Conspiracy, Act to Prevent Pollution from Ships (APPS), False Statement | 6/19/2008 | 116 | $1,500,000 | $3,250,000 |
| US v. Evergreen Int, S.A | Central District of California | 05-238 | APPS, False Statement, Obstruction of Justice | 4/20/2005 | 27 | $10,000,000 | $15,000,000 |
| US v. Exxonmobil Pipeline Company | District of Massachusetts | 08-10404 | Clean Water Act | 5/1/2009 | 22 | $5,640,982 | $359,018 |
| US v. Fleet Management Ltd | Northern District of California | 08-160 | Clean Water Act, False Statement, Obstruction of Justice | 2/23/2010 | 346 | $2,000,000 | $8,000,000 |
| US v. Genescience Pharmaceutical Co, Ltd | District of Rhode Island | 10-144 | FDA | 10/7/2010 | 9 & 10 | $3,000,000 | $10,000 |
| US v. Hamilton Sundstrand Corporation | District of Connecticut | 07-23 | Clean Water Act | 5/18/2007 | 12 | $11,000,000 for various projects | $1,000,000.00 |

Exhibit 1 – Examples of Cases in which Community Service Obligations Have Been Imposed

| Case Name | District | Docket No. | Offense(s) of Conviction | Judgment Date | Judgment Docket No | Community Service Amount | Fine Amount |
|---|---|---|---|---|---|---|---|
| US v. Instar Services Group, Inc. | Southern District of Florida | 06-60284 | Clean Air Act | 11/17/2006 | 12 | $2,000,000 | $1,000,000.00 |
| US v. Irika Shipping, S.A. | District of Maryland | 10-372 | APPS, Obstruction of Justice | 10/15/2010 | 19 | $750,000.00 | $2,250,000.00 |
| US v. Kie-Con. Inc. | Northern District of California | 10-934 | Clean Water Act | 9/9/2011 | 8 | $1,500,000 | $3,500,000 |
| US v. National Navigation Company | District of Oregon | 08-154 | APPS, False Statement | 5/2/2008 | 12 | $2,025,000 | $3,725,000 |
| US v. Overseas Shipholding Group | Multidistrict | | APPS, Conspiracy, False Statement | 3/21/2007 | | $9,200,000 | $27,800,000 |
| US v. Pacificorp | District of Wyoming | 09-174 | Migratory Bird Treaty Act | 7/16/2009 | 7 | $9.1 million to implement avian protection plan | $510,000 |
| US v. Pelican Refining Co LLC | Western District of Louisiana | 11-227 | Clean Air Act, Obstruction of Justice | 12/19/2011 | 11 | $2,000,000 | $10,000,000 |
| US v. Polar Tankers, Inc | District of Alaska | 07-124 | APPS | 10/24/2007 | 15 | $2,000,000 | $500,000 |
| US v. Roof Depot, Inc | District of Minnesota | 04-377 | RCRA | 2/28/2005 | 12 | $240,000 | $75,000 |
| US v. Rowan Companies | Eastern District of Texas | 07-148 | Clean Water Act | 12/6/2007 | 41 | $2,000,000 | $5,000,000 |
| US v. Shore Terminals LLC | Northern District of California | 09-395 | Clean Air Act | 7/20/2009 | 16 | $750,000 | $1,750,000 |

Exhibit 1 – Examples of Cases in which Community Service Obligations Have Been Imposed

| Case Name | District | Docket No. | Offense(s) of Conviction | Judgment Date | Judgment Docket No | Community Service Amount | Fine Amount |
|---|---|---|---|---|---|---|---|
| US v. Texas Petroleum Investment Company | Eastern District of Louisiana | 08-215 | Clean Water Act | 1/21/2009 | 23 | $537,000 | $50,000 |
| US v. Union Foundry Company | Northern District of Alabama | 05-299 | OSHA, RCRA | 9/7/2005 | 11 | $750,000 | $3,500,000 |
| US v. Wallenius Ship Management | District of New Jersey | 06-213 | Conspiracy, APPS, False Statements | 10/16/2006 | 18 | $1,500,000 | $5,000,000 |
| US v. Wayne County Airport Authority | Eastern District of Michigan | 06-20300 | Clean Water Act | 6/13/2006 | 6 | $25,000 plus estimated $8,500,000 "Force Main" project pursuant to plea agreement | $75,000 |